**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Beth A. Buchanan
United States Bankruptcy Judge

**Dated: April 9, 2025**

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>  RONALD JASON DUNSEITH<br>  3071 PANHANDLE ROAD<br>  LYNCHBURG, OH  45142<br><br>  a/k/a<br>  RONALD J. DUNSEITH<br>  JASON DUNSEITH<br>        Debtor | CASE NO. 25-10383<br>(CHAPTER 13)<br>BETH A. BUCHANAN |

ORDER OF DISMISSAL OF CHAPTER 13 CASE FOR FAILURE TO FILE PLAN AND/OR SCHEDULES (Doc. 21)

    Upon the Motion (Doc. 21) of the Chapter 13 Trustee herein, this case is DISMISSED for failure to file the plan, and/or schedules.

SO ORDERED.

COPIES TO:

All Creditors and Parties in Interest