IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 25-10383 |
| | | CHAPTER 13 |
| RONALD JASON DUNSEITH | : | JUDGE BETH A. BUCHANAN |
| DEBTOR(S) | : | TRUSTEE'S REPORT |

1. Comes now the Chapter 13 Trustee, Margaret A. Burks and files this Report based upon information obtained from the 341 meeting of creditors. The Trustee has conducted a Meeting of Creditors pursuant to 11 U.S.C. Section 341. The petition, schedules, and plan have been examined.

2. 341 MEETING DATE: April 7, 2025

3. DATE OF CONFIRMATION: May 15, 2025

4. Meeting Held: No
   Plan Percentage: 0%

5. Debtor(s) Appeared: No

6. Trustee does not recommend this case for confirmation at this time.

7. The Chapter 13 was filed.

8. The following creditors were present: None

9. Creditor objection: None

10. Debtor failed to call in for the 341 Meeting of Creditors.

11. The Trustee has a Motion to Dismiss pending (Doc. No. 21).

Respectfully submitted,

/s/ Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Tammy E. Stickley, Esq.
Staff Attorney
Attorney Reg No. OH 0090122

600 Vine Street, Suite 2200
Cincinnati, OH  45202
513-621-4488
513 621-2643  (facsimile)
mburks@cinn13.org Correspondence only
fdicesare@cinn13.org
tstickley@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Trustee's Report was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **first class mail** on April 9, 2025 addressed to:

Ronald Jason Dunseith
debtor
3071 Panhandle Road
Lynchburg, OH 45142

                                    /s/    <u>Margaret A. Burks, Esq.</u>
                                           Margaret A. Burks, Esq.